DAVID J. KAMINSKI (State Bar No. 128509)
kaminskd@cmtlaw.com
LARISSA G. NEFULDA (State Bar No. 201903)
nefuldal@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant

RICHARD J. MEIER, *pro hac vice*
rjm@legalhelpers.com
KARI L. SILVA (State Bar No. 257033)
kls@legalhelpers.com
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
(866) 339-1156
(312) 822-1064
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Anastasia Vasquez<br><br>    Plaintiff,<br><br>v.<br><br>Erica L. Brachfeld, PC<br><br>    Defendant. | Case No. 3:08-cv-05499-MHP<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice.

1

Each party shall bear its own costs and attorney fees.


Respectfully submitted,

DATED: July 10, 2009                    LEGAL HELPERS, PC

                                        By_____/s/ Richard J. Meier
                                        Kari L. Silva
                                        Richard J. Meier
                                        Attorneys for Plaintiff


DATED:  July 10, 2009                   CARLSON & MESSER LLP

                                        By    /s/ David J. Kaminski
                                        David J. Kaminski
                                        Larissa G. Nefulda
                                        Attorneys for Defendant,

                7/13/2009

IT IS SO ORDERED

Judge Marilyn H. Patel

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*